HENRY LUSTIG, Appellant, v. LONGCHAMPS, INC., Respondent, et al., Defendants.—

In our opinion, examination with respect to the items allowed is material and necessary for plaintiff's preparation of this action for trial. Upon the termination of the examination he should then be able to furnish an accurate and comprehensive bill of particulars. The service of such a bill will be more conducive to orderly and expeditious procedure. Nolan, P. J., Carswell, Wenzel, MacCrate and Schmidt, JJ., concur.